# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133358

STEVEN PRICE,
        Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133358
COA: 257577
Court of Claims: 01-018063-MT

On order of the Court, the application for leave to appeal the December 5, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

_____
Clerk